■ ONEBEACON INSURANCE COMPANY, Respondent, v COM-
MUNITY MUTUAL INSURANCE COMPANY, Appellant, et al., Defen-
dants. [810 NYS2d 717]—Appeal from a judgment (denominated
order) of the Supreme Court, Niagara County (Ralph A.
Boniello, III, J.), entered April 21, 2005 in a declaratory judg-
ment action. The judgment, inter alia, granted in part plaintiff's
motion for summary judgment and declared that plaintiff has
no duty to defend or to indemnify defendant Lee A. Kroening in
the underlying personal injury actions.

It is hereby ordered that the judgment so appealed from be
and the same hereby is unanimously affirmed without costs for
reasons stated in decision at Supreme Court. Present—
Hurlbutt, J.P., Gorski, Martoche, Smith and Hayes, JJ.